ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. KETROSER, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> HOME DEPOT U.S.A., INC., et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case No. 19-cv-03811-CRB <br><br> **STIPULATION DISMISSING ACTION WITH PREJUDICE** |

      Plaintiff DAVID B. KETROSER ("Plaintiff) and Defendants HOME DEPOT U.S.A., INC. and HD DEVELOPMENT OF MARYLAND, INC. (collectively, "Defendants") stipulate through their undersigned counsel that this action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with each side bearing his/their own attorney fees, costs, and litigation expenses.

STIPULATION DISMISSING ACTION WITH PREJUDICE

Dated: April 21, 2020                          /s/ Irene Karbelashvili
                                               Irene Karbelashvili, Attorney for
                                               Plaintiff DAVID B. KETROSER


Dated: April 21, 2020                          /s/ Hayley Grunvald
                                               Hayley Grunvald, Attorney for Defendants
                                               HOME DEPOT U.S.A., INC. and HD
                                               DEVELOPMENT OF MARYLAND, INC.


**Filer's Attestation**

    I, Irene Karbelashvili, hereby attest that I received concurrence from defense counsel in the filing of this document.

                                     /s/ Irene Karbelashvili
                                     Irene Karbelashvili

STIPULATION DISMISSING ACTION WITH PREJUDICE